No. 11–9042.  OWENS v. BUSH ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 11–9044.  AUSBECK v. SALT LAKE CITY, UTAH.  Ct. App. Utah.  Certiorari denied.

No. 11–9047.  MAGWOOD v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Fla.  Certiorari denied.

No. 11–9065.  SONES v. LAFLER, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 11–9067.  HARRIS v. HEATH, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 11–9133.  OGUNDIPE v. MARYLAND.  Ct. App. Md.  Certiorari denied.

No. 11–9172.  HERMANSEN v. PARKER, WARDEN, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 11–9182.  GOMEZ v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 11–9202.  FLOOD v. PENNSYLVANIA.  Commw. Ct. Pa.  Certiorari denied.

No. 11–9214.  MCCARTHY v. SOSNICK ET AL.  Sup. Ct. Mich.  Certiorari denied.

No. 11–9245.  LIKE v. PALMER, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 11–9271.  HAWK v. WHITE, MAGISTRATE JUDGE, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO.  C. A. Fed. Cir.  Certiorari denied.

No. 11–9315.  JACKSON v. LAFLER, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 11–9349.  GOODLOE v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.